COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Paul E.  Archie v. Melisa Gomez: MHMRA Herman Memorial Hospital

Appellate case number:     01-18-01089-CV

Trial court case number:   2016-74085

Trial court:                        165th District Court of Harris County

Appellant, Paul E. Archie, has filed a motion asserting that he has not received a copy of the appellee's brief and requests that a copy of the appellee's brief be provided. The motion is GRANTED.  Appellee is ORDERED to forward a second copy of its brief to appellant by first-class mail.


It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman_____
                             Gordon Goodman, Acting individually


Date:  August 13, 2019